In re:                                                                        Case No. 23-02080-MJC

Erison A. Madera Santana                                      Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                           Page 1 of 2

Date Rcvd: Dec 29, 2023                           Form ID: fnldecnd                                   Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Erison A. Madera Santana, PO Box 134, Hazleton, PA 18201-0134 |
| 5566070 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5566072 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5566073 | | Service Electric Cable TV & Comm, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5566075 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566061 | + | Email/Text: backoffice@affirm.com | Dec 29 2023 18:45:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5566064 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 29 2023 18:45:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 5566062 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2023 18:52:34 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5566063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2023 18:52:50 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5566065 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2023 18:52:13 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5566066 | | Email/Text: mrdiscen@discover.com | Dec 29 2023 18:45:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5566067 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 29 2023 18:45:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5566068 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 29 2023 18:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5566069 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2023 18:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5566071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5566074 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 29 2023 18:52:50 | Synchrony Bank, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5566076 | ^ | MEBN | Dec 29 2023 18:41:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Michael A. Cibik | on behalf of Debtor 1 Erison A. Madera Santana mail@cibiklaw.com<br>cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Erison A. Madera Santana,<br>**Debtor 1** | Chapter 7<br>Case No. 5:23−bk−02080−MJC |

Social Security No.:
        xxx−xx−5120

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

        **Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Erison A. Madera Santana** in accordance with 11 U.S.C. §727 or F.R.B.P. 4004(c)(1).

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 29, 2023

**fnldec** (01/22)