United States Bankruptcy Court
Middle District of Pennsylvania

In re:

    Erison A. Madera Santana,

        Debtor.

Case No. 5:23-bk-02080-MJC

Chapter 7

### Debtor's Motion to Reopen Case

**AND NOW**, Debtor Erison A. Madera Santana, by and through his attorney, moves this Court reopen this case. In support of this motion, the Debtor states as follows:

1. The Debtor completed a financial management course on December 21, 2023.

2. The Debtor's case was closed on December 29, 2023, without a discharge because the course certificate was not filed on the docket by the credit counseling agency and the Debtor did not sign Official Form 423.

3. The agency filed the certificate on the docket on February 5, 2024, as ECF No. 18.

4. The Debtor requests that this case be reopened so that a discharge order can be entered.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: March 1, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com