**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 5:23-bk-02080-MJC |
| Erison A. Madera Santana, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED** for the limited purpose of allowing the Debtor to file his Certification About a Financial Management Course.

3. This Clerk must close this case following the entry of a discharge, or fourteen days after the entry of this order, whichever comes first.