United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 5:23-bk-02080-MJC

    Erison A. Madera Santana,  Chapter 7

            Debtor.

### Certificate of Service

    I certify that on this date I caused a true and correct copy of the Debtor's Motion to Reopen Case to be served on all parties on the Clerk's service list through the CM/ECF.

Date: March 1, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com