UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erison A. Madera Santana,

Debtor.

Case No. 5:23-bk-02080-MJC

Chapter 7

### Order Granting Debtor's Motion to Reopen Case

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case ("Motion"), Dkt. # 19, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REOPENED** for the limited purpose of allowing the Debtor to file his Certification About a Financial Management Course.
3. This Clerk shall close this case following the entry of a discharge.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 5, 2024