United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                          Case No. 23-02080-MJC

Erison A. Madera Santana                  Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                      Page 1 of 2

Date Rcvd: Mar 05, 2024                           Form ID: pdf010                                  Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Erison A. Madera Santana, PO Box 134, Hazleton, PA 18201-0134 |
| 5566072 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5566073 | Service Electric Cable TV & Comm, Inc., 2260 Avenue A LVIP #1, Bethlehem, PA 18017 |
| 5566075 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566061 | + | Email/Text: backoffice@affirm.com | Mar 05 2024 18:49:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5566064 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 05 2024 18:49:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 5566062 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2024 18:51:47 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5566063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 19:02:41 | Citibank/Best Buy, Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 5566065 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 05 2024 18:52:07 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5566066 | | Email/Text: mrdiscen@discover.com | Mar 05 2024 18:49:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5566067 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 05 2024 18:49:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5566068 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 05 2024 18:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5566069 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2024 18:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5566070 | | Email/Text: fesbank@attorneygeneral.gov | Mar 05 2024 18:49:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5566071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2024 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5566074 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2024 18:51:37 | Synchrony Bank, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5566076 | ^ | MEBN | Mar 05 2024 18:43:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2024          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Michael A. Cibik | on behalf of Debtor 1 Erison A. Madera Santana help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Case No. 5:23-bk-02080-MJC |
|---|---|
| Erison A. Madera Santana, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case ("Motion"), Dkt. # 19, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED** for the limited purpose of allowing the Debtor to file his Certification About a Financial Management Course.

3. This Clerk shall close this case following the entry of a discharge.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 5, 2024